IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TOMMY KIMBLE**                                                                                     **PLAINTIFF**

**VS.**                              **CASE NO. 2:11CV00125 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                                             **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this  19   day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE